Submitted March 21, 1966. Robert E. Crane, appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.

Commonwealth ex rel. Davis, Appellant, v. Myers.

Submitted March 21, 1966. Walter Lee Davis, appellant, in propria persona; Donald C. Marino and Joseph M. Smith, Assistant District Attorneys, and Arlen Specter, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Day, Appellant, v. Myers.

Submitted March 21, 1966. Donald E. Day, appellant, in propria persona; Ralph J. Althouse, Jr., Assistant District Attorney, and W. Richard Eshelman, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Day, Appellant, v. Myers.

Submitted March 21, 1966. Robert Day, appellant, in propria persona; Michael Baylson and Joseph M. Smith, Assistant District Attorneys, and Arlen Specter, District Attorney, for appellee.

Order affirmed.